## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **MUNDT MUSIC COMPANY OF LONGVIEW, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Case No. 6:20-cv-337-JDK** |
| **SENTRY INSURANCE,** | § § § | |
| **Defendant.** | § | |

### ORDER OF DISMISSAL

Before the Court is Parties' Joint Motion to Dismiss with Prejudice.  Docket No. 17.  Parties move to dismiss in view of a settlement agreement.  *Id.* at 1.

Having considered the matter, it is **ORDERED** that all claims, which Plaintiff Mundt Music Company of Longview, LLC asserted or could have asserted in this lawsuit against Defendant Sentry Insurance A Mutual Company,[1] are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that all causes of action, which Defendant Sentry Insurance A Mutual Company asserted or could have asserted in this lawsuit against Plaintiff Mundt Music Company of Longview, LLC, are hereby **DISMISSED WITH PREJUDICE**.

And it is lastly **ORDERED** that all attorneys' fees and costs are to be borne by the party that incurred them.

---

[1] The filings in this case erroneously term Defendant as "Sentry Insurance."

**So ordered and signed on this**

Jan 6, 2021

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE